**EXHIBIT "O"**



**WISS**
ACCOUNTANTS
CONSULTANTS

S.M. Chris Franzblau, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Parkway
Livingston, New Jersey 07039

>    Re:  *U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc., Plaintiffs*
>            *v.*
>    *Ruby Tuesday, Inc., Defendants*
>    Docket No. L-7101-10

Wiss & Company, LLP ("Wiss") was retained by you to prepare an economic damages report for U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc. in connection with the litigation currently pending between U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc. and Ruby Tuesday, Inc. in the United States District Court for the District of New Jersey. We issued that Economic Damages report on August 15, 2011.

In the August 15, 2011 report, Wiss reserved the right to modify our report should additional information become available. We are issuing this "Supplemental Economic Damages Report" to:

- Adjust the Total All-In Rent Payable from Lease Cancellation Dates to Original Lease Expiration Dates to apply a 3% inflation factor to each property's annual expense recovery amounts. This resulted in an increase in the present value of the Total All-In Rent Payable to $3,682,489 from $3,567,365 (Exhibits 2 and 3).

- Adjust the Mizner Park Property claim amount to $975,000 from $900,000 to reflect estimated claims of $25,000 for each year from 2008 to 2010.

This Supplemental Report has been prepared solely to assist you in connection with the above referenced litigation and is not to be used for any other purpose.

Based on this additional information, it is our opinion that U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc. suffered total economic damages of $1,238,745 as a result of the breach of contract. (Exhibit 1)

We reserve the right to further modify our Supplemental Economic Damages Report should additional information become available.

This Supplemental Report is subject to the assumptions and limiting conditions presented in Appendix A of the August 15, 2011 report.

*Wiss & Company*

WISS & COMPANY, LLP

Lawrence R. Chodor, CPA/ABV, CVA, CFF

Joseph L. Ottaiano, CPA

Livingston, New Jersey
August 23, 2011

**Exhibit 1**

# U.S. ACCU-MEASUREMENTS, LLC AND ROSS CONSULTING GROUP, INC.
## V.
## RUBY TUESDAY, INC.

### SUPPLEMENTAL ECONOMIC DAMAGES REPORT
### AUGUST 23, 2011

## CONCLUSION

In our opinion, the revised economic damages suffered by U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc. was $1,238,745, summarized as follows:

**Simon Properties**

| | |
|---|---:|
| Total All-In Rent Payable from **Lease Cancellation Dates to Original Lease Expiration Dates**, including a 3% Inflation Factor for expenses (Adjusted to Net Present Value Based on Wiss Calculations) | $3,682,489 |
| Less: Ruby Tuesday Buyout Amount | (2,015,000) |
| Net Savings – Exhibit 2 | 1,667,489 |
| USAM/RCG Remuneration (50 percent of Gross Recovery) | X  50% |
| Economic Damages | $   833,745 |

**Mizner Park Property**

| | |
|---|---:|
| Claim submitted by USAM/RCG **(adjusted to include estimated claims of $25,000 each year for 2008 to 2010)** | $ 975,000 |
| USAM/RCG Remuneration (50 percent of Gross Recovery) | X  50% |
| Estimated Economic damages – Subtotal | 487,500 |
| Less: Payment received from Ruby Tuesday – May 11, 2010 | (82,500) |
| Economic Damages | $  405,000 |
| Combined Economic Damages | $1,238,745 |

Exhibit 2

U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc (USAM/RCG) v. Ruby Tuesday, Inc.

**CALCULATED ECONOMIC DAMAGES BASED ON RISK FREE RATE OF RETURN**

| Ruby Tuesday Property Location | Lease Open Date | Store Closing Date | Lease Expiration Date | Rent Payable Thru Date | # of Months to Term from Rent Payable Thru Date | Monthly All-In | Total All-In to Term | All-In Rent 2009 | Present Value Factor Mid-period | Present Value All-In Rent 2009 | All-In Rent 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richmond Heights, OH | 8/29/2000 | 12/7/2008 | 8/31/2015 | 8/31/2009 | 72 | $ 15,806 | $ 1,138,000 | $ 63,222 | 0.99326 | $ 62,796 | $ 192,420 |
| Century III Mall, West Mifflin, PA | 3/31/1993 | 12/7/2008 | 6/30/2010 | 8/31/2009 | 10 | $ 16,854 | $ 168,537 | $ 67,415 | 0.99326 | $ 66,960 | $ 102,734 |
| Northpark Mall, Ridgeland, MS | 7/23/1985 | 12/28/2008 | 7/31/2010 | 8/31/2009 | 11 | $ 19,859 | $ 218,446 | $ 79,435 | 0.99326 | $ 78,900 | $ 140,920 |
| Arsenal Mall, Watertown, MA | 7/14/1998 | 1/4/2009 | 1/31/2010 | 8/31/2009 | 5 | $ 25,891 | $ 129,456 | $ 103,565 | 0.99326 | $ 102,867 | $ 26,372 |
| Boynton Beach Mall, Boynton Beach, FL | 12/12/1998 | 1/18/2009 | 1/31/2014 | 8/31/2009 | 53 | $ 25,310 | $ 1,341,424 | $ 101,240 | 0.99326 | $ 100,557 | $ 308,930 |
| Gwinnett Place Mall - Duluth, GA | 12/12/1984 | 5/7/2006 | 11/30/2011 | 8/31/2009 | 27 | $ 23,096 | $ 623,602 | $ 92,386 | 0.99326 | $ 91,763 | $ 280,947 |
| Haywood Mall, Greenville, SC (1) | 6/4/1996 | 1/31/2010 | 4/30/2011 | 1/31/2010 | 15 | $ 15,677 | $ 235,160 | $ - | | $ - | $ 175,174 |
| Total | | | | | | $ 142,493 | $ 3,854,624 | $ 507,261 | | $ 503,843 | $ 1,227,497 |

**Calculation Parameters**
Risk Free Rate of Return (20-year Treasury Bond Yield) as of August 31, 2009     4.14%

| | Days Through Mid-Period | Present Value Factor Mid-Period |
|---|---|---|
| 9/1/2009 | | |
| 12/31/2009 | 60 | 0.99326 |
| 12/31/2010 | 300 | 0.96676 |
| 12/31/2011 | 660 | 0.92833 |
| 12/31/2012 | 1,020 | 0.89142 |
| 12/31/2013 | 1,380 | 0.85598 |
| 12/31/2014 | 1,740 | 0.82196 |
| 12/31/2015 | 2,100 | 0.78928 |

Risk Free Rate of Return (20-year Treasury Bond Yield) as of February 1, 2010     4.43%

| | Days Through Mid-Period | Present Value Factor Mid-Period |
|---|---|---|
| 2/1/2010 | | |
| 12/31/2010 | 165 | 0.98033 |
| 4/30/2011 | 390 | 0.95413 |

**CALCULATION SUMMARY**

| Annual Summary | Unadjusted All-In Rent | Present Value All-In Rent |
|---|---|---|
| 2009 | $ 507,261 | $ 503,843 |
| 2010 | $ 1,227,497 | $ 1,189,072 |
| 2011 | $ 835,387 | $ 777,182 |
| 2012 | $ 518,003 | $ 461,759 |
| 2013 | $ 526,706 | $ 450,852 |
| 2014 | $ 231,898 | $ 190,610 |
| 2015 | $ 138,316 | $ 109,170 |
| Total | $ 3,985,068 | $ 3,682,489 |

Exhibit 2

U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc (USAM/RCG) v. Ruby Tuesday, Inc.

CALCULATED ECONOMIC DAMAGES BASED ON RISK FREE RATE OF RETURN

| Ruby Tuesday Property Location | Present Value Factor Mid-period | All-In Rent 2010 | All-In Rent 2011 | Present Value Factor Mid-period | Present Value All-In Rent 2011 | All-In Rent 2012 | Present Value Factor Mid-period | Present Value All-In Rent 2012 | All-In Rent 2013 | Present Value Factor Mid-period | Present Value All-In Rent 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richmond Heights, OH | 0.96676 | $ 186,024 | $ 195,255 | 0.92833 | $ 181,261 | $ 198,176 | 0.89142 | $ 176,658 | $ 201,184 | 0.85598 | $ 172,210 |
| Century III Mall, West Mifflin, PA | 0.96676 | 99,319 | | 0.92833 | - | | 0.89142 | - | | 0.85598 | - |
| Northpark Mall, Ridgeland, MS | 0.96676 | 136,236 | | 0.92833 | - | | 0.89142 | - | | 0.85598 | - |
| Arsenal Mall, Watertown, MA | 0.96676 | 25,495 | | 0.92833 | - | | 0.89142 | - | | 0.85598 | - |
| Boynton Beach Mall, Boynton Beach, FL | 0.96676 | 298,661 | 314,298 | 0.92833 | 291,771 | 319,827 | 0.89142 | 285,101 | 325,522 | 0.85598 | 278,642 |
| Gwinnett Place Mall - Duluth, GA | 0.96676 | 271,609 | 261,114 | 0.92833 | 242,400 | | 0.89142 | - | | 0.85598 | - |
| Haywood Mall, Greenville, SC (1) | 0.98033 | 171,728 | 64,719 | 0.95413 | 61,750 | | 0.89142 | - | | 0.85598 | - |
| Total | | $ 1,189,072 | $ 835,387 | | $ 777,182 | $ 518,003 | | $ 461,759 | $ 526,706 | | $ 450,852 |

Exhibit 2

U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc (USAM/RCG) v. Ruby Tuesday, Inc.

CALCULATED ECONOMIC DAMAGES BASED ON RISK FREE RATE OF RETURN

| Ruby Tuesday Property Location | All-In Rent 2014 | Present Value Factor Mid-period | Present Value All-In Rent 2014 | All-In Rent 2015 | Present Value Factor Mid-period | Present Value All-In Rent 2015 | Total Present Value All-In Rent | Per Buyout Agreements Final Payment Due (Gross Buyout) | Savings v. Total All-In to Term |
|---|---|---|---|---|---|---|---|---|---|
| Richmond Heights, OH | $ 204,282 | 0.82196 | $ 167,911 | $ 138,316 | 0.78928 | $ 109,170 | $ 1,056,030 | $ 598,830 | $ 457,200 |
| Century III Mall, West Mifflin, PA | | 0.82196 | | | 0.78928 | - | 166,280 | 88,776 | 77,504 |
| Northpark Mall, Ridgeland, MS | | 0.82196 | | | 0.78928 | - | 215,136 | 102,287 | 112,849 |
| Arsenal Mall, Watertown, MA | | 0.82196 | | | 0.78928 | - | 128,362 | 96,540 | 31,822 |
| Boynton Beach Mall, Boynton Beach, FL | 27,616 | 0.82196 | 22,699 | | 0.78928 | - | 1,277,431 | 660,837 | 616,594 |
| Gwinnett Place Mall - Duluth, GA | - | 0.82196 | - | | 0.78928 | - | 605,771 | 310,068 | 295,703 |
| Haywood Mall, Greenville, SC (1) | - | 0.82196 | - | | 0.78928 | - | 233,478 | 157,662 | 75,816 |
| Total | $ 231,898 | | $ 190,610 | $ 138,316 | | $ 109,170 | $ 3,682,489 | $ 2,015,000 | $ 1,667,489 |

Exhibit 3

U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc (USAM/RCG) v. Ruby Tuesday, Inc.

**CALCULATION OF MONTHLY ALL-IN RENT ADJUSTED FOR 3% INFLATION FACTOR APPLIED TO MONTHLY EXPENSE RECOVERIES**

| Property | Lease Open Date | Closing Date | (A) Lease Expiration Date | (B) Rent Payable Thru Date | (A) - (B) Calculated # of Months to Term | (1) 2009 Monthly Base Rent | (2) 2009 Monthly All-In Rent | (3) (2)-(1) As of 7/09 Monthly Exp Recoveries | (4) (3) X 1.03% 2010 Monthly Exp Recoveries | 2010 Monthly All-In Rent | (5) (4) X 1.03% 2011 Monthly Exp Recoveries | 2011 Monthly All-In Rent | (6) (5) X 1.03% 2012 Monthly Exp Recoveries | 2012 Monthly All-In Rent | (7) (6) X 1.03% 2013 Monthly Exp Recoveries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richmond Heights, OH | 8/29/2000 | 12/7/2008 | 8/31/2015 | 8/31/2009 | 72 | 8,159 | 15,806 | 7,647 | 7,876 | 16,035 | 8,113 | 16,271 | 8,356 | 16,515 | 8,607 |
| Century III Mall, West Mifflin, PA | 3/31/1993 | 12/7/2008 | 6/30/2010 | 8/31/2009 | 10 | 7,896 | 16,854 | 8,957 | 9,226 | 17,122 | 9,503 | 17,399 | 9,788 | 17,684 | 10,082 |
| Northpark Mall, Ridgeland, MS | 7/23/1985 | 12/28/2008 | 7/31/2010 | 8/31/2009 | 11 | 10,766 | 19,859 | 9,092 | 9,365 | 20,131 | 9,646 | 20,412 | 9,936 | 20,702 | 10,234 |
| Arsenal Mall, Watertown, MA | 7/14/1998 | 1/4/2009 | 1/31/2010 | 8/31/2009 | 5 | 9,869 | 25,891 | 16,023 | 16,503 | 26,372 | 16,998 | 26,867 | 17,508 | 27,377 | 18,034 |
| Boynton Beach Mall, Boynton Beach, FL | 12/12/1998 | 1/18/2009 | 1/31/2014 | 8/31/2009 | 53 | 10,833 | 25,310 | 14,477 | 14,911 | 25,744 | 15,358 | 26,192 | 15,819 | 26,652 | 16,293 |
| Gwinnett Place Mall - Duluth, GA | 12/12/1984 | 5/7/2006 | 11/30/2011 | 8/31/2009 | 27 | 12,566 | 23,096 | 10,530 | 10,846 | 23,412 | 11,171 | 23,738 | 11,507 | 24,073 | 11,852 |
| Haywood Mall, Greenville, SC (I) | 6/4/1996 | 1/31/2010 | 4/30/2011 | 1/31/2010 | 15 | 7,427 | 15,677 | 8,251 | 8,498 | 15,925 | 8,753 | 16,180 | 9,016 | 16,442 | 9,286 |
| **TOTAL BUYOUT** | | | | | | 67,516 | 142,493 | 74,977 | 77,226 | 144,742 | 79,543 | 147,059 | 81,930 | 149,445 $ | 84,387 |
| | | | | | | | | | 3.00% | 1.58% | 3.00% | 1.60% | 3.00% | 1.62% | 3.00% |

U.S. Accu-Measurements, LLC and Ross Consulting Group, Inc (USAM/RCG) v. Ruby Tuesday, Inc.

**CALCULATION OF MONTHLY ALL-IN RENT ADJUSTED FOR 3% INFLATION FACTOR APPLIED TO MONTHLY EXPENSE RECOVERIES**

| | | (A) | (B) | | (7) X 1.03% (8) | | (8) X 1.03% (9) | |
|---|---|---|---|---|---|---|---|---|
| Property | Lease Open Date | Closing Date | Lease Expiration Date | Rent Payable Thru Date | 2013 Monthly All-In Rent | 2014 Monthly Exp Recoveries | 2014 Monthly All-In Rent | 2015 Monthly Exp Recoveries | 2015 Monthly All-In Rent |
| Richmond Heights, OH | 8/29/2000 | 12/7/2008 | 8/31/2015 | 8/31/2009 | 16,765 | 8,865 | 17,024 | 9,131 | 17,289 |
| Century III Mall, West Mifflin, PA | 3/31/1993 | 12/7/2008 | 6/30/2010 | 8/31/2009 | 17,978 | 10,384 | 18,280 | 10,696 | 18,592 |
| Northpark Mall, Ridgeland, MS | 7/23/1985 | 12/28/2008 | 7/31/2010 | 8/31/2009 | 21,000 | 10,541 | 21,307 | 10,857 | 21,623 |
| Arsenal Mall, Watertown, MA | 7/14/1998 | 1/4/2009 | 1/31/2010 | 8/31/2009 | 27,902 | 18,575 | 28,443 | 19,132 | 29,000 |
| Boynton Beach Mall, Boynton Beach, FL | 12/12/1998 | 1/18/2009 | 1/31/2014 | 8/31/2009 | 27,127 | 16,782 | 27,616 | 17,286 | 28,119 |
| Gwinnett Place Mall - Duluth, GA | 12/12/1984 | 5/7/2006 | 11/30/2011 | 8/31/2009 | 24,418 | 12,207 | 24,774 | 12,574 | 25,140 |
| Haywood Mall, Greenville, SC (I) | 6/4/1996 | 1/31/2010 | 4/30/2011 | 1/31/2010 | 16,713 | 9,565 | 16,991 | 9,852 | 17,278 |
| **TOTAL BUYOUT** | | | | | $ 151,903 | $ 86,919 | $ 154,435 | 89,527 | 157,042 |
| | | | | | 1.64% | 3.00% | 1.67% | 3.00% | 1.69% |

U.S. ACCU-MEASUREMENTS, LLC AND
ROSS CONSULTING GROUP, INC.
V.
RUBY TUESDAY, INC.

SUPPLEMENTAL ECONOMIC DAMAGES REPORT
AUGUST 23, 2011